# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 3:10-cr-00162 |
| | ) | Judge Trauger |
| LINDA GOSS | ) | |
| | ) | |

## ORDER

The Joint Motion to Correct Clerical Error in Judgment (Docket No. 47) is GRANTED. It is hereby ORDERED that the forfeiture judgment entered on Page 5 of the Judgment in this case (Docket No. 45) was entered in error and is hereby VOIDED for all purposes.

It is so **ORDERED**.

ENTER this 16th day of November 2015.

_____
ALETA A. TRAUGER
U.S. District Judge